## Commonwealth *v.* Matthews, Appellant.

Submitted November 13, 1972. *Simon B. John,* Assistant Public Defender, for appellant; *Peter U. Hook,* First Assistant District Attorney, and *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.

## Commonwealth *v.* Motter, Appellant.

Argued November 17, 1972. *Marjorie H. Matson,* with her *Matson and Rothman,* for appellant; *Richard F. Andracki,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.